NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE LEXINGTON COMPANY, AB,**
*Appellant,*

v.

**LEXINGTON FURNITURE INDUSTRIES, INC.,**
*Appellee.*

---

2011-1627
(Cancellation No. 92048578)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

## ON MOTION

---

## ORDER

The Lexington Company, AB, moves to reinstate its appeal. Lexington Furniture Industries, Inc. opposes. The Lexington Company replies.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The mandate is recalled, the dismissal order is vacated, and the appeal is reinstated.

(2) The briefing schedule is stayed.

FOR THE COURT

APR 2 7 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Tywanda H. Lord, Esq.
    Timothy D. Pecsenye, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 7 2012

JAN HORBALY
CLERK